AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Juan Alberto Quintero-Villanueva
A205 655 003
AKA:

IAE  YOB: 1987
Honduras
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
MAY 19 2014
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-14-983-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2014** in **Starr** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

following facts:

Juan Alberto Quintero-Villanueva was encountered by Border Patrol Agents near Rio Grande City, Texas, on May 17, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 17, 2014, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 31, 2013, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 12, 2013, the defendant was convicted of Carnal Knowledge of Child 13-14 years: With Out Force, and was sentenced to four (4) years confinement and eight (8) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Appr to File*
*Grady Leupold, AUSA*

Sworn to before me and subscribed in my presence,

May 19, 2014

Dorina Ramos , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Eduardo Cortez*
Signature of Complainant
Eduardo Cortez    Senior Patrol Agent

*Dorina Ramos*
Signature of Judicial Officer